IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA GASCO,                                No.  CIV.S-05-1880 DAD

    Plaintiff,

                                  ORDER

    v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

       On September 26, 2005, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time.  The required time has now expired, and plaintiff's counsel has not filed a motion for summary judgment and/or remand.

       On March 23, 2006, plaintiff was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution and was cautioned that failure to do so would
/////

1

1  result in dismissal of the action.  The twenty-day period has now
2  expired, and plaintiff's counsel has not responded to the court's
3  order.
4          Accordingly, IT IS HEREBY ORDERED that this action is
5  dismissed without prejudice for failure to prosecute.
6  DATED: April 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
    Ddad1/orders.socsec/gasco1880.dism